[No. 36910-5-I.    Division One.    February 18, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. GARY
BENTLEY, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-1-01885-4, Janice Niemi, J., entered June
29, 1995. *Dismissed* by unpublished per curiam opinion.

[No. 36921-1-I.    Division One.    February 18, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL
RENEE WEST, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 94-1-01636-3, Paul D. Hansen, J.,
entered June 30, 1995. *Affirmed* by unpublished per
curiam opinion.

[No. 36948-2-I.    Division One.    February 18, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE
RAMIREZ, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-1-01188-4, J. Kathleen Learned, J., entered
June 29, 1995. *Affirmed* by unpublished per curiam
opinion.

[No. 35225-3-I.    Division One.    February 10, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v.
BENJAMIN S. PAUL, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-1-01773-6, John M. Darrah, J., entered
August 15, 1994. *Affirmed* by unpublished opinion per
Grosse, J., concurred in by Kennedy, A.C.J., and Agid, J.